No. 899. BIG LAKE OIL CO. v. COMMISSIONER OF INTERNAL REVENUE. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third

Circuit denied. *Messrs. S. Leo Rushlander* and *Edgar J. Goodrich* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, L. W. Post,* and *Charles A. Horsky* for respondent.